BY THE COURT
EDWARD C. STRINGER
ASSOCIATE JUSTICE

■

**Trudith J. WOLDMOE, Respondent,**

v.

**KNIGHT RIDDER and Travelers Insurance Company, Relators.**

No. C9-01-1713.

Supreme Court of Minnesota.

Jan. 16, 2002.

John G. Ness, John G. Ness & Associates, St. Louis Park, for Relators.

Raymond R. Peterson, McCoy, Peterson, Jorstad & Brabbit, Minneapolis, for Respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 6, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

■

**Dai M. VU, Relator,**

v.

**WACONIA FORD MERCURY, and Michigan Physicians Mutual Liability, Respondents,**

and

**John Deere Insurance Company, Pain Assessment Rehabilitation Center, Intervenors.**

No. C8-01-1797.

Supreme Court of Minnesota.

Jan. 16, 2002.

Raymond R. Peterson, McCoy, Peterson, Jorstad & Brabbit, Minneapolis, for relator.

Mark A. Kleinschmidt, Cousineau, McGuire & Anderson, Ch., Minneapolis, for respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 24, 2001, be, and the same is, affirmed without opin-

ion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
ALAN C. PAGE
Associate Justice